# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDITH VELAZQUEZ**, *et al.,* | : | **CIVIL ACTION** |
| *Plaintiffs.* | : | |
| | : | **NO. 19-3128** |
| **v.** | : | |
| | : | |
| **STATE FARM FIRE AND** | : | |
| **CASUALTY COMPANY,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 26th day of March 2026, upon consideration of Plaintiffs Judith and Fernando Velazquez's *motion for class certification*, (ECF 97), Defendant State Farm Fire and Casualty Company's response in opposition thereto, (ECF 104), Plaintiffs' reply, (ECF 110), the evidence and arguments presented at the class certification hearing on May 15 and May 16, 2024, (ECF 133, 135), and the parties' post-hearing briefing, (ECF 137, 139, 140, 146, 147), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion for class certification is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

1